**CARDINAL AMERICAN CORPORATION and Cardinal Home Products, Inc., Plaintiffs–Appellants,**

v.

**JACK–POST CORPORATION, Defendant–Cross Appellant.**

**Nos. 01–1315, 01–1345.**

United States Court of Appeals, Federal Circuit.

Aug. 22, 2001.

*ORDER*

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).